# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER PARGA,<br>    Plaintiff,<br><br>    v.<br><br>TERRA MILLENNIUM CORPORATION,<br>    Defendant. | CV 23-2909 DSF (ASx)<br><br>Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

 Plaintiff filed this case in this Court citing inconsistent and seemingly invalid bases for federal subject matter jurisdiction. The complaint invokes 28 U.S.C. § 1332, but it is clear from the face of the complaint that both parties are citizens of California. See Compl. ¶¶ 3, 5-6. The complaint also states both that "[j]urisdiction is proper in this court by virtue of the Federal statutes, decisional law, and regulations [sic]," and that the case is brought "pursuant to California statutory, decisional, and regulatory laws." See Compl. ¶¶ 1-3. The only claims actually pleaded in the complaint are under state law.

 Therefore, Plaintiff is ordered to show cause, in writing, no later than April 27, 2023, why this case should not be dismissed for lack of subject matter jurisdiction.

 IT IS SO ORDERED.

Date: April 20, 2023

_Dale S. Fischer_
Dale S. Fischer
United States District Judge