JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER PARGA,<br>     Plaintiff,<br><br>          v.<br><br>TERRA MILLENNIUM<br>CORPORATION,<br>     Defendant. | CV 23-2909 DSF (ASx)<br><br>JUDGMENT |

The Court having issued an Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction and Plaintiff not having responded within the time allowed by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date:  May 1, 2023

_____
Dale S. Fischer
United States District Judge